Torrey E. Wardner, Respondent, v. Universal Gravure Corporation, Appellant.

*Depositions — examination of defendant before trial as to affirmative defenses of accord and satisfaction and payment denied.*

Appeal by the defendant from an order of the Supreme Court, entered in the New York county clerk's office May 8, 1922, denying the defendant's motion to vacate and set aside a notice served by the plaintiff for an examination before trial of an officer and a former employee of the defendant.

Per Curiam: Plaintiff has heretofore had an examination of the defendant before trial concerning the matters in the complaint which were denied by the defendant. Concededly the examination now sought deals exclusively with the affirmative defenses of accord and satisfaction and payment, as to which the plaintiff will not be permitted to examine the defendant. The order should be reversed, with ten dollars costs and disbursements, and the motion to vacate the notice for taking of the testimony of the witnesses granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.